**Order entered December 9, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00127-CR

**CLARENCE DANNEL DUNNINGTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-80895-2013**

## ORDER

The Court **REINSTATES** the appeal.

On October 22, 2014, we ordered the trial court to make findings why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel; and (3) counsel represented to the Court that she would file appellants brief by December 31, 2014.

We **DENY** as moot appellant's November 13, 2014 motion to extend time to file appellant's brief because the extension date of December 15, 2014 sought in the motion does not correspond with the trial court's finding that counsel said the brief would be filed by December 31, 2014.

We **ORDER** appellant to file his brief by **DECEMBER 31, 2014**. Because the brief is already more than three months overdue, no further extensions will be granted. If appellant's brief is not filed by the date specified, the Court will utilize the available remedies to obtain appellant's brief.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable John Roach, Jr., Presiding Judge, 296th Judicial District Court, and to counsel for all parties.

/s/    LANA MYERS
       JUSTICE